PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

ROBERT MONTGOMERY, SR., Plaintiff-Appellant, *v.* PHILIP BRAVOS *et al.*, Defendants-Appellees.

(No. 58154;

First District (1st Division)—November 26, 1973.

Opinion by Mr. JUSTICE EGAN.

Robert Q. Hoyt, of Chicago (Philip J. Rock, of counsel), for appellant.

Querrey, Harrow, Gulanick & Kennedy, Ltd., of Chicago (Joseph A. Norton, of counsel), for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SONYA CHARLES, Defendant-Appellant.

(No. 58163;

First District (1st Division)—November 26, 1973.